UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN ANDERSON,                              )
                                            )
                                            )          **PROOF OF SERVICE**
                                            )
                                            )
              Plaintiff,                    )          **ECF CASE**
                                            )
    -against-                               )
                                            )
THE CITY OF NEW YORK; DETECTIVE             )          08 Civ. 1307 (~~AKH~~)
MICHAEL OLIVER, Shield No. 07710; POLICE    )          (LAK)(DFE)
UNDERCOVER OFFICER, Shield No. 5732;        )
JOHN DOES; RICHARD ROES,                    )
                                            )
              Defendants.                   )
-----------------------------------------------------------X


STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

   I, Jessica Singer, hereby affirm under the penalties of perjury:

   I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

   On March 7, 2008 approximately 1:20 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Soraya Bonit, a systems analyst authorized to accept service.

   On March 7, 2008, approximately 2:00 p.m., at the NYPD Narcotics Division, 1 Police Plaza, Room 1100, New York, NY 10038, I served the Summons and Complaint upon POLICE UNDERCOVER OFFICER, Shield No. 5732, defendant therein named, by personally delivering and leaving at his actual place of business with PAA Cynthia Busby, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On March 7, 2008, I then mailed a copy of the aforementioned documents to POLICE UNDERCOVER OFFICER, Shield No. 5732, defendant therein named, at the NYPD Narcotics Division, 1 Police Plaza, Room 1100, New York, NY 10038, his actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on

the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On March 7, 2008, approximately 2:30 p.m., at the NYPD Detective Borough Manhattan, 230 E. 21st Street, New York, NY 10011, I served the Summons and Complaint upon DETECTIVE MICHAEL OLIVER, Shield No. 07710, defendant therein named, by personally delivering and leaving at his actual place of business with SPAA Nilda Irizarry, a person of suitable age and discretion, a true copy or copies of the aforementioned documents. On March 7, 2008, I then mailed a copy of the aforementioned documents to DETECTIVE MICHAEL OLIVER, Shield No. 07710, defendant therein named, at the NYPD Detective Borough Manhattan, 230 E. 21st Street, New York, NY 10011, his actual place of business, via first class mail, proper postage affixed to sealed envelopes bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

March 7, 2008                   _____
                                Jessica Singer

STATE OF New York    )
                     :SS
COUNTY OF New York   )

On this 7th day of March, 2008, before me personally came Jessica Singer, to me known and known to me to be the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____
NOTARY PUBLIC

JEFFREY A. ROTHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO6104562
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 26, 2012