UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JOHN ANDERSON,

                              Plaintiff,

              -against-

THE CITY OF NEW YORK, DETECTIVE MICHAEL
OLIVER, SHIELD NO. 07710; POLICE UNDERCOVER
OFFICER, SHIELD NO. 5732, JOHN DOES; RICHARD
ROES,

                              Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CIV 1307 (LAK)

      **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the City of New York, Detective Michael Oliver, Shield No. 07710, and Police Undercover Officer, Shield No. 5723, in the above-titled action.

Dated: New York, New York
       July 14, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendants*
                                          100 Church Street, Room 2-189
                                          New York, New York 10007
                                          (212) 788-0898
                                          e-mail: ewells@law.nyc.gov

                                          By: _____
                                              Elizabeth A. Wells
                                              Assistant Corporation Counsel

To:    Jeffrey Rothman, Esq. (by ECF)